COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP LLP

| | |
|---|---|
| JOACHIM P. COX | 7520-0 |
| jcox@cfhawaii.com | |
| RANDALL C. WHATTOFF | 9487-0 |
| rwhattoff@cfhawaii.com | |
| KAMALA S. HAAKE | 9515-0 |
| khaake@cfhawaii.com | |

800 Bethel Street, Suite 600
Honolulu, Hawaiʻi 96813
Telephone: (808) 585-9440
Facsimile: (808) 275-3276

Attorneys for Plaintiff
OHANA MILITARY COMMUNITIES, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| OHANA MILITARY COMMUNITIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>INTERSTATE PLASTIC, INC., an Idaho corporation; J-M MANUFACTURING COMPANY, INC., a Delaware corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and DOE LIMITED LIABILITY COMPANIES 1-10,<br><br>Defendants. | CASE NO. 1:20-CV-00364 ACK-RT<br><br>PLAINTIFF OHANA MILITARY COMMUNITIES, LLC's CORPORATE DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE<br><br><br>Trial:    None set |

## PLAINTIFF OHANA MILITARY COMMUNITIES, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure Rule 7.1(a), Plaintiff Ohana Military Communities, LLC ("Ohana") files this Corporate Disclosure Statement and hereby disclose as follows:

Ohana is a limited liability company comprised of two members: Hawaii Military Communities LLC and the United States of America, Department of the Navy. Hunt MH Ownership, LLC is the sole member of Hawaii Military Communities LLC. The ultimate parent company of Hunt MH Ownership, LLC is Hunt ELP, Ltd.

DATED: Honolulu, Hawai'i, September 24, 2020.

/s/ Randall C. Whattoff
JOACHIM P. COX
RANDALL C. WHATTOFF
KAMALA S. HAAKE

Attorneys for Plaintiff
OHANA MILITARY COMMUNITIES, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| OHANA MILITARY COMMUNITIES, LLC,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>INTERSTATE PLASTIC, INC., an Idaho corporation; J-M MANUFACTURING COMPANY, INC., a Delaware corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and DOE LIMITED LIABILITY COMPANIES 1-10,<br><br>　　　　　　　Defendants. | CASE NO. 1:20-CV-00364 ACK-RT<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, a true and correct copy of the foregoing document was duly served upon the following parties via the means and on the date indicated below:

| Name(s) | U.S. Mail Postage Prepaid | Hand Delivery | ECF |
|---|---|---|---|
| MICHAEL L. LAM<br>  mlam@caselombardi.com<br>HARRISON K. GOO<br>  hgoo@caselombardi.com<br>Case Lombardi & Pettit<br>Pacific Guardian Center, Mauka Tower<br>737 Bishop Street, Suite 2600<br>Honolulu, HI  96813<br><br>Attorneys for Defendant<br>J-M MANUFACTURING COMPANY, INC. | | | ☒ |
| JEROLD T. MATAYOSHI<br>Fukunaga Matayoshi Ching &<br>   Kon-Herrera<br>841 Bishop Street, Suite 1200<br>Honolulu, HI  96813<br><br>Attorneys for Defendant<br>INTERSTATE PLASTIC, INC. | | ☒ | |

DATED:  Honolulu, Hawaiʻi, September 24, 2020.

/s/ Randall C. Whattoff
JOACHIM P. COX
RANDALL C. WHATTOFF
KAMALA S. HAAKE

Attorneys for Plaintiff
OHANA MILITARY COMMUNITIES, LLC

2