# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**MICHELLE RYNNE**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

October 15, 2020

First Circuit Court
State of Hawaii
777 Punchbowl Street
Honolulu, HI 96813

Re:   Ohana Military Communities, LLC v. Interstate Plastic, Inc., et al.
First Circuit Court Case No.: 1CCV-20-0001046
USDC Hawaii Case No.: CV 20-00364 ACK-RT

Dear Clerk,

Please be advised that on October 14, 2020, this case was remanded to the Circuit Court of the First Circuit, State of Hawaii.  Enclosed is a certified copy of the **"STIPULATION TO REMAND CASE TO THE CIRCUIT COURT OF THE FIRST CIRCUIT, STATE OF HAWAI'I AND ORDER,"** filed on October 14, 2020**,** ECF 15; and the Docket Sheet.

Sincerely Yours,

MICHELLE RYNNE, CLERK

by: /s/ J.I.
Deputy Clerk

cc:     (without enclosures):
Joachim P. Cox, Esq. via CM/ECF
Kamala S. Haake, Esq. via CM/ECF
Randall C. Whattoff, Esq. via CM/ECF
Harrison K. Goo, Esq. via CM/ECF
Michael L. Lam, Esq. via CM/ECF

To clerks office only:
Please acknowledge receipt on the copy of this letter and return.

Date: _____     By:
_____